IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRUCE CAMERON DAVIDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CV-117-Z |
| | § | |
| DALLAS DEVELOPMENT GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal ("Notice") (ECF No. 15), filed January 8, 2024. Plaintiff "dismisses the instant lawsuit, without prejudice." *Id.* at 1.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Those circumstances are satisfied here. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the above-styled case, as it is now **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

February 9, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE