IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BRUCE CAMERON DAVIDSON,

    Plaintiff,

v.     2:23-CV-117-Z

DALLAS DEVELOPMENT GROUP, LLC,

    Defendant.

## JUDGMENT

Pursuant to this Court's previous order (ECF No. 16), the above-styled case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

February 9, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE